UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DONALD BROUSSARD | CIVIL ACTION 2:22-cv-02003 |
| VERSUS | JUDGE CAIN |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY | MAGISTRATE KAY |

## ORDER OF DISMISSAL

Considering the foregoing Joint Motion to Dismiss Case;

IT IS ORDERED that the above-entitled and numbered cause be, and the same is hereby dismissed, with prejudice, each party to bear its own costs.

THUS DONE AND SIGNED in Chambers on this 21ST day of August, 2023.

_____
UNITED STATES DISTRICT JUDGE